# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 10 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JAIRO BLADIMIR CARVAJAL,<br><br>            Defendant. | CASE NO. 15CR2563-GPC<br><br>**JUDGMENT OF DISMISSAL**<br><br>RECEIVED IN DOCKETING<br>NOV 23 2016 |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offenses as charged in the Information:

8:1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i) - Transportation of

Certain Aliens for Financial Gain and Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/10/16

Mitchell D. Dembin
U.S. Magistrate Judge